UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dylan Crabtree**                                    **Docket No. 7:22-CR-59-1M**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dylan Crabtree, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C. § 846; and Distribution of a Quantity of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on July 28, 2023, to the custody of the Bureau of Prisons for a term of time served. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Dylan Crabtree was released from custody on July 28, 2023, at which time the term of supervised release commenced. On October 29, 2024, a Violation Report was filed with the court advising the defendant was charged in Wayne County, North Carolina, with Communicating Threats (24CR432932). The court agreed to continue supervision to await disposition; however, the charge was dismissed on November 20, 2024. On January 16, 2025, a Violation Report was filed advising the court advising Crabtree was charged in Wayne County with Driving While License Revoked (25CR18). The court agreed with the probation officer's recommendation to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2025, the defendant was charged in Wayne County for Failure to Apply for a New Title, Fictitious/Alternate Title/Registration Card/Tag, Driving While License Revoked, Drive/Allow Motor Vehicle with No Registration, and expired/No Inspection (25CR700686). The charges are pending disposition. On May 14, 2025, Crabtree was charged in Wayne County with Resisting a Public Officer (25CR296953), which occurred on April 30, 2025. The defendant has been verbally reprimanded and warned of the possible consequences of driving without a valid license and abiding by local law, and he apologized for his recent actions. As a result of his actions, Crabtree has agreed to participate in a cognitive behavioral program as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Dylan Crabtree
Docket No. 7:22-CR-59-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: June 13, 2025 |

### ORDER OF THE COURT

Considered and ordered this 17th day of June, 2025, and ordered filed and made a part of the records in the above case.

_____
Richard E. Myers II
Chief United States District Judge